IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| LARRELL D'MITRIC TIMMONS, | ) | CASE NO. 7:12CV00527 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| VA DEPT. OF CORRECTIONS, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This ____ day of December, 2012.

_____
Senior United States District Judge